FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 16 2020

JAMES W. McCORMACK, CLERK
By:_____ DP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **Danny Urquhart, Sr.,** * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | No. 4:20cv1349-KGB |
| * | Jury Demanded |
| **Twin Rivers Pine Bluff, LLC,** * | This case assigned to District Judge Baker |
| * | and to Magistrate Judge Deere |
| Defendant. * | |

## COMPLAINT

COMES NOW Plaintiff Danny Urquhart, Sr. (hereinafter referred to as "Mr. Urquhart" or "Plaintiff"), and for his Complaint against Defendant Twin Rivers Pine Bluff LLC, states as follows:

### NATURE OF THE COMPLAINT

1. Mr. Urquhart brings this case for discrimination based on his race.

2. Through its discriminatory conduct, Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e).

3. The Equal Employment Opportunity Commission issued a "Right to Sue Letter" on August 18, 2020.

4. As required under 29 C.F.R. § 1601.28, Mr. Urquhart brings this Complaint within 90 days of receipt of his "Right to Sue Letter," seeking redress for the actions of the Defendant.

### PARTIES

5. Plaintiff Danny Urquhart, Sr. is an adult resident of Pine Bluff, Jefferson County, Arkansas.

6. Upon information and belief, Defendant Twin Rivers Pine Bluff, LLC is a Delaware-based company licensed to do business in Arkansas, and may be reached for service through its registered agent, Corporation Service Company, 300 Spring Street, Little Rock, AR 72201.

7. At all times relevant to this Complaint, Plaintiff and Defendant had an employee/employer relationship as contemplated in Title VII.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 26 C.F.R. § 1614.407(a) because Plaintiff's claims raise federal questions.

9. Personal jurisdiction and venue are proper in this Court because Defendant may be found here, conducts business here, and the facts and circumstances which gave rise to the causes of action contained in this Complaint occurred in Pine Bluff, Jefferson County, Arkansas, in this Judicial District.

## FACTUAL BACKGROUND

10. Mr. Urquhart is African-American.

11. Mr. Urquhart was hired by the Defendant on March 9, 2018 as a crew member, cutting cores for rolls of paper.

12. Mr. Urquhart was repeatedly berated by his cutting machine operator, Danny Kelly, with racial slurs and demeaning language.

13. Mr. Urquhart informed his foreman of Kelly's racial harassment but nothing was done about it.

14. Subsequently, Kelly wrongly accused Mr. Urquhart of doing his job improperly and he was written up as a result.

15. Kelly repeatedly adjusted the cutting machine incorrectly to make it appear that Mr. Urquhart was making improper cuts, resulting in additional reprimands.

16. After three such incidents, Mr. Urquhart was suspended for three days.

17. Mr. Urquhart's Caucasian peers were not disciplined in this fashion for improper cuts - only Mr. Urquhart.

18. Once Mr. Urquhart returned from his suspension, he accepted additional training and his trainer confirmed that Mr. Urquhart knew his job and was executing his cuts accurately.

19. Shortly thereafter, Kelly again sabotaged Mr. Urquhart's cuts.

20. On September 9, 2019, Mr. Urquhart was terminated for repeated inaccurate cuts.

21. The Defendant did not discipline its Caucasian employees in this fashion - only Mr. Urquhart.

## PROCEDURAL BACKGROUND

22. On December 23, 2019, Mr. Urquhart filed a formal complaint with the Equal Employment Opportunity Commission (EEOC) setting forth his claim of discrimination based on race.

23. On August 18, 2020, the EEOC issued a "Right to Sue" Letter.

24. This complaint has been filed less than 90 days after the issuance of the "Right to Sue Letter".

## COUNT I

### DISCRIMINATION BASED ON RACE
### IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C § 2000(e), *et seq.*

25. Mr. Urquhart incorporates by reference the allegations contained in paragraphs 1-24 of his Complaint as though they were fully set forth herein.

26. Title VII prohibits discrimination against an employee based upon his race.

27. Title VII further prohibitsthe racially offensive harassment that is either frequent or severe enough to cause a hostile work environment.

28. Mr. Urquhartwas repeatedly harassed by a co-worker with racial slurs and demeaning language.

29. When Mr. Urquhart informed his foreman of Kelly's racial harassment, his supervisor took no action, effectively condoning the conduct.

30. Mr. Urquhart was repeatedly reprimanded by his employer, and ultimately terminated,on the basis of conduct for which similarly-situated Caucasian workers received no disciplinary action.

31. Defendant's actions and inaction violated Title VII's prohibition of discrimination against employees based upon race and harassment creating a hostile work environment.

32. Mr. Urquhart sustained substantial monetary and non-monetary damages as a result of Defendant's illegal conduct, and Mr. Urquhart demands such legal and equitable relief as will effectuate the purposes of Title VII, including but not limited to, the following:

- Back wages;
- Forward wages;
- Compensatory damages;
- Punitive damages;
- Costs and attorney's fees;
- Appropriate affirmative action;

- Equitable relief;

- Any other relief that this Court deems just and equitable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. An award of damagesto be paid by Defendant;

2. An award of Plaintiff's loss of earnings and fringe benefits and compensatory damages from future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses under federal law;

3. Costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees;

4. Pre-Judgment and Post-Judgment interest, as provided by law; and

5. Any and all such other and further legal and equitable relief as this Court deems necessary, just, and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action and claims with respect to which he has a right to jury trial.

Dated: Nov. 16, 2020

Respectfully submitted,

/s/ Danny Urquhart Sr.
Danny Urquhart, Sr.
601 W. 33rd Ave.
Pine Bluff, Arkansas  71603
(870) 592-1275
urquhart.danny@yahoo.com