**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DANNY URQUHART, SR.**                                                                                          **PLAINTIFF**

**v.**                                         **Case No**. **4:20-cv-01349 KGB**

**TWIN RIVERS PINE BLUFF, LLC**                                                                       **DEFENDANT**

**ORDER**

Before the Court is defendant Twin Rivers Pine Bluff, LLC's motion to stay (Dkt. No. 11). Twin Rivers Pine Bluff requests that the Court stay the date for filing any Rule 26(f) Reports until this Court rules on Twin Rivers Pine Bluff's pending motion to dismiss (*Id.*, ¶ 3; Dkt. No. 8). Twin Rivers Pine Bluff further requests that, should its motion to dismiss be denied, the Court reschedule the deadline for filing any Rule 26(f) Report until at least 10 days after the time for defendant to file any responsive pleading to the complaint (*Id.*, ¶ 4).

For good cause shown, the Court grants the motion (Dkt. No. 11). This case is stayed, pending resolution of defendant Twin Rivers Pine Bluff's motion to dismiss (Dkt. No. 8). If necessary, the Court will enter an updated scheduling order following resolution of the motion to dismiss.

It is so ordered this 16th day of February, 2021.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge