**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DANNY URQUHART, SR.**                                                                                    **PLAINTIFF**

v.                                    Case No.  4:20-cv-01349 KGB

**TWIN RIVERS PINE BLUFF, LLC**                                                                  **DEFENDANT**

## ORDER

Before the Court is the status of this case.  In an Order entered on December 1, 2021, the Court ordered Mr. Urquhart to show cause within 60 days of the date of the Order as to why the Court should not dismiss his claims for failure to prosecute or grant defendant Twin Rivers Pine Bluff, LLC's ("Twin Rivers") motion to dismiss (Dkt. Nos. 8; 13).  Mr. Urquhart has not responded to the Order, and the time for doing so has passed.  As Mr. Urquhart has failed to prosecute his claim, the Court dismisses without prejudice his complaint (Dkt. No. 1).  The Court also denies as moot Twin Rivers' motion to dismiss (Dkt. No. 8).

So ordered this the 8th day of February, 2022.

*Kristine G. Baker*

Kristine G. Baker
United States District Court Judge