# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANNY URQUHART, SR.**                                                                **PLAINTIFF**

v.                                   Case No. 4:20-cv-01349 KGB

**TWIN RIVERS PINE BLUFF, LLC**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Danny Urquhart Sr.'s complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

So adjudged this 8th day of February, 2022.

_____
Kristine G. Baker
United States District Judge